## Nora Edwards, Appellant, v. Ruth Prust, Appellee.

### (Not to be reported in full.)

Appeal from the Circuit Court of Clark county; the Hon. AU-GUSTUS A. PARTLOW, Judge, presiding. Heard in this court at the April term, 1917. Affirmed. Opinion filed October 11, 1917.

### Statement of the Case.

Action by Nora Edwards, plaintiff, against Ruth Prust, defendant, to recover for injuries to plaintiff's horse loaned to defendant by plaintiff's son. From a judgment for defendant, plaintiff appeals. For abstract of decision remanding the cause on a former appeal, see *Edwards v. Prust,* 201 Ill. App. 399.

EVERETT CONNELLY and ARTHUR POORMAN, for appellant.

SAMUEL M. SCHOLFIELD and JOHN J. ARNEY, for appellee.

MR. JUSTICE ELDREDGE delivered the opinion of the court.

### Abstract of the Decision.

1. BAILMENT, § 25*—*what are questions for jury in action against bailee for injury to horse.* Whether plaintiff's son was her agent and had a right to loan her horse to defendant and receive it back from defendant and turn it over to another girl, *held,* in an action to recover for injuries to the horse while ridden by the girl, to be questions for the jury.

2. APPEAL AND ERROR, § 1744*—*when judgment affirmed.* Where the instructions, although faulty and subject to criticism, taken as a series could not have misled the jury, and two juries had found the facts adversely to appellant, *held* that the judgment should be affirmed.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.